JS-6
Admin Close

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ADAM LAWHON, on behalf of himself and the putative Class Members,<br><br>    Plaintiff,<br><br>    vs.<br><br>KEHE DISTRIBUTORS, INC.,<br><br>    Defendant. | Case No. 5:24-cv-00378-JGB-SHK<br><br>**ORDER ON STIPULATION TO ARBITRATE**<br><br>Trial Date:   None Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2352264.1

# ORDER

The Court, having considered the parties' Stipulation to Arbitrate and Dismiss Class Claims (the "Stipulation"), and good cause appearing therefore, **HEREBY ORDERS** as follows:

1. All of Plaintiff's claims against Defendant shall be submitted to binding arbitration on an individual basis pursuant to the agreement to arbitrate except that JAMS shall be the forum for the arbitration per stipulation of the Parties;

2. The alleged class claims shall be dismissed without prejudice; and

3. All dates previously set by this Court shall be vacated and this matter stayed pending completion of arbitration.

**IT IS SO ORDERED.**

DATED: February 3, 2025

HONORABLE JESUS G. BERNAL
Judge of the United States District Court

2352264.1

2